IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VISUAL EFFECT INNOVATIONS, LLC,<br><br>                  Plaintiff,<br><br>   v.<br><br>LG ELECTRONICS U.S.A., INC. and<br>LG ELECTRONICS, INC.<br><br>                  Defendants. | C.A. No. 18-687-LPS-CJB<br>(CONSOLIDATED) |

**DEFENDANTS' PARTIAL MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants LG Electronics U.S.A., Inc. ("LGEUS") and LG Electronics Inc. ("LGEKR") respectfully move to dismiss the direct infringement claims in Counts I and IV, and the indirect infringement claims in Counts I through V, of Plaintiff Visual Effect Innovations, LLC's ("VEI") Amended Complaint (D.I. 10), for failure to state a claim upon which relief can be granted.  The grounds for this motion are fully set forth in the Opening Brief in Support of Defendants' Partial Motion to Dismiss Amended Complaint, which is being filed contemporaneously with this motion.

| | |
|---|---|
| DATED:  August 29, 2018 | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| *Of Counsel:* | */s/ Karen L. Pascale* |
| | _____ |
| R. Tyler Goodwyn IV<br>**DENTONS US LLP**<br>1900 K Street, NW<br>Washington, DC  20006<br>Tel: 202-496-7500<br>tyler.goodwyn@dentons.com | Karen L. Pascale (#2903)<br>Robert M. Vrana (# 5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>kpascale@ycst.com<br>rvrana@ycst.com |
| Renzo N. Rocchegiani<br>**DENTONS US LLP**<br>4655 Executive Drive, Suite 700<br>San Diego, CA 92121<br>Tel: 619-595-8032<br>renzo.rocchegiani@dentons.com | *Counsel for Defendants,*<br>*LG Electronics U.S.A., Inc.*<br>*and LG Electronics, Inc.* |

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on August 29, 2018, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated:

*For Plaintiff, Visual Effect Innovations, LLC:*

| | |
|---|---|
| Stamatios Stamoulis | *stamoulis@swdelaw.com* |
| Richard C. Weinblatt | *weinblatt@swdelaw.com* |
| **STAMOULIS & WEINBLATT LLC** | |
| Two Fox Point Centre | |
| 6 Denny Road, Suite 307 | |
| Wilmington, DE 19809 | |

| | |
|---|---|
| Nicole D. Galli | *ndgalli@ndgallilaw.com* |
| Charles P. Goodwin | *cgoodwin@ndgallilaw.com* |
| **LAW OFFICES OF N.D. GALLI LLC** | |
| 2 Penn Center Plaza, Suite 910 | |
| 1500 JFK Blvd. | |
| Philadelphia, PA 19102 | |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Karen L. Pascale*

August 29, 2018

Karen L. Pascale (#2903) *[kpascale@ycst.com]*
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600

*Attorneys for Defendants,*
*LG Electronics U.S.A., Inc.*
*and LG Electronics, Inc.*

01:22509003.1